Robert Conrad Lamanuzzi, Esq (#213673)
Attorney at Law
1330 L Street, Suite D
Fresno, CA 93721
Telephone: (559) 492-0009

Attorney for Defendant: Brian Whitworth

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN WHITWORTH<br><br>Defendant. | No.  1:22 -CR- 00222-TLN-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ROBERT LAMANUZZI AS ATTORNEY OF RECORD AND ORDER** |

On, Defendant Brian Whitworth was indicted on federal charges.  CJA Panel Attorney Robert Lamanuzzi was appointed as trial counsel to represent Mr. Brian Whitworth on in his criminal case.  Mr. Whitworth was sentenced pursuant to plea agreement on March 4, 2024 .  The time for filing a direct appeal was March 22, 2024**.**  No direct appeal was filed. Mr. Whitworth was in custody at sentencing. Mr. Whitworth was remanded to custody of the Bureau of Prisons as directed on March 4, 2024.  The trial phase of Mr. Whitworth's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Whitworth, CJA attorney Robert Lamanuzzi now moves to terminate his appointment under the Criminal Justice Act. Should Mr. Whitworth require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300

Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 06/27/2024                                             Respectfully submitted,


                                       /s/Robert Lamanuzzi
                                       Robert Lamanuzzi, Attorney for Defendant, Brian Whitworth

## [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Brian Whitworth at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Brian Whitworth# S02342342
FCI Victorville Medium I
Federal Correctional Institution
P.O. BOX 3725
Adelanto, CA 92301


IT IS SO ORDERED.

Dated:   **June 27, 2024**                                             /s/ Jennifer L. Thurston
                                                                      UNITED STATES DISTRICT JUDGE