UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Troy L. Nunley                    RE:  Brian Thomas Whitworth
Chief United States District Judge               Docket Number:  0972 1:22CR00222-1
Sacramento, California                           <u>REQUEST TO WITHDRAW WARRANT</u>

Your Honor:

On March 4, 2024, Mr. Whitworth was sentenced to 46 months custody Bureau of Prisons for a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm.  Mr. Whitworth was released from custody on May 22, 2026, and was scheduled to report to the Residential Reentry Center (RRC). He failed to report.  Based on his failure to report, and his lack of communication with the probation office, I requested a warrant. Your Honor issued a warrant on May 26, 2026.

I recently learned Mr. Whitworth was released from a county jail, not the Bureau of Prisons, and therefore, was never told of his requirement to report directly to the RRC.

Mr. Whitworth reported in person to the federal courthouse in Redding, California on May 26, 2026, and made contact with Court Security.  I was not aware he reported in person until May 29, 2026. This appears to be a misunderstanding and not a willful attempt at noncompliance. Therefore, I respectfully request the warrant issued on May 26, 2026, be recalled. I have now spoken to Mr. Whitworth, and he will report to the RRC on June 3, 2026, and is fully aware of his requirements.

1

RE:    Brian Thomas Whitworth
       Docket Number:   0972 1:22CR00222-1
       Request to Withdraw Warrant


Respectfully submitted,                          Reviewed by,

Rebecca A. Fidelman                              Tanisha M. Sanford
Sr. United States Probation Officer              Supervisory United States Probation Officer

Dated:    June 2, 2026
          Roseville, California


## ORDER OF THE COURT

THE COURT ORDERS: **The warrant issued on May 26, 2026, be recalled.**

☒    Approved        ☐    Disapproved

June 2, 2026
Date                                 Troy L. Nunley
                                     Chief United States District Judge

Attachment(s)

cc:    Arin  Heinz
       Assistant United States Attorney

       Robert C. Lamanuzzi
       Defense Counsel

REV.  01/2021
CAE___MEMO__COURT (W ORDER)